UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RICHARD VELASCO,               )   No. SA CV 10-01400-AG (VBK)
                               )
           Petitioner,         )   JUDGMENT
                               )
     v.                        )
                               )
TERRI GONZALEZ,                )
                               )
           Respondent.         )
_____)

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 5, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE